UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ACEQUIP LTD. AND TRANSACT INTERNATIONAL, INC.<br>Plaintiffs, | : CIVIL ACTION NO.<br>: 301 CV 676 (PCD)<br>:<br>: |
| v. | :<br>: |
| AMERICAN ENGINEERING CORPORATION<br>Defendant. | :<br>: NOVEMBER 18, 2003 |

**PLAINTIFFS' MOTION TO DISMISS
PURSUANT TO FED. RULE CIV. PROC. § 41 (A)(2)**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs, ACEquip, Ltd. and Transact International, Inc., respectfully move that this matter be dismissed without prejudice.

Rule 41(a)(2) provides that except where all parties agree to a stipulation of dismissal, "an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper." The defendant American Engineering Corporation has refused to consent to the voluntary dismissal of this action by the plaintiffs and, therefore, this motion is directed to the Court's discretion.

As detailed in the memorandum submitted herewith, judicial economy, litigatant economy, and fairness to its parties all militate in favor of a dismissal at this time.

Wherefore, the plaintiffs respectfully request that this matter be dismissed without prejudice and without costs to any party.

Respectfully submitted,
THE PLAINTIFFS
ACEquip Ltd. and Transact,
International, Inc.

By: _____
David M. Cohen (CT 06047 )
John A. Farnsworth (CT 20705)
Wofsey, Rosen, Kweskin
& Kuriansky, LLP
600 Summer Street
Stamford, CT 06901
203-327-2300

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this 18th day of November, 2003 to:

Edward J. Heath, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: eheath@rc.com

Daniel W. Park, Esq.
Scott F. Roybal, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Tel No.: (213)-620-4226
Fax No.: (213)-620-1398
Email: dpark@smrh.com
          sroybal@smrh.com

_____
John A. Farnsworth, Esq. (ct20705)