UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ACEQUIP LTD. and TRANSACT INTERNATIONAL, INC. | : <br> : <br> : |
| Plaintiffs, <br> v. | : CIVIL ACTION NO. <br> : 3:01cv676 (PCD) |
| AMERICAN ENGINEERING CORPORATION | : <br> : <br> : |
| Defendant. | : December 9, 2003 |

## AFFIDAVIT OF ATTORNEY DANIEL W. PARK

Personally appeared Daniel W. Park, Esq., who being duly sworn, deposes and says:

1. I am over eighteen years of age and believe in the obligations of an oath. I am an attorney with Sheppard, Mullin, Richter & Hampton LLP, and represent the Defendant in the above entitled action.

2. I am a 1998 graduate of Yale Law School. I have practiced law with the law firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") in Los Angeles, California for the past five years. In addition to this matter, I have worked on cases in California, Mississippi, and New Mexico.

3. Scott Roybal is a partner at Sheppard Mullin responsible for this matter. Mr. Roybal is a 1986 graduate of Columbia Law School and has practiced law with Sheppard Mullin in Los Angeles, California for the past 17 years.

4. I am familiar with the usual and customary billing rates for attorneys in the Los Angeles area. The rates charged by Sheppard Mullin are reasonable and are comparable to the rates charged by attorneys of comparable skill and experience in comparable law firms. The rates charged on this matter for myself (between $210 and $295 per hour) and Mr. Roybal (between $340 and $395 per hour) are well within the prevailing market rates charged by similarly qualified professionals in Los Angeles.

5. The attorneys' fees the Defendant incurred in the course of this litigation are itemized in billing records attached hereto as Exhibit "A". Each statement for professional services describes the identity of each timekeeper, a narrative description of the task performed, and the time spent on the matter in increments of tenths of an hour. Each timekeeper at Sheppard Mullin is required to prepare a contemporaneous record of his or her work each day on

an attorney time sheet. Each month, a billing statement is generated for each matter that collects together all the time entries for all timekeepers and generates a client statement for the matter. These billing records are maintained by Sheppard Mullin's accounting department in the ordinary course of business. On the attached billing records, I am timekeeper "0872" and Mr. Roybal is timekeeper "0506."

      6.      Although I believe that all of Sheppard Mullin's fees, costs, and expenses incurred thus far in this litigation are reasonable, out of an abundance of caution and to eliminate the possibility that any of the amounts requested include work that will be useful in the event of future litigation, I have reduced the amount requested in this request for attorneys' fees. For ease of reference and to protect attorney work product, records for fees, costs, and expenses for which Defendant is not presently seeking reimbursement have been redacted.

      7.      In addition to the fees, costs and expenses reflected in Exhibit A, I have expended approximately 2.6 additional hours in December 2003 to comply with this Court's order appointing an arbitrator and to prepare this opposition and request for attorneys' fees.

      8.      Accordingly, Defendant's total fees, costs, and expenses for which it is seeking reimbursement through this motion are as follows:

| | |
|---|---|
| Fees through November 30, 2003: | $28,021.50 |
| Fees from December 1, 2003 to present: | $767.00 |
| Disbursements: | $359.50 |
| **Total:** | **$29,148.00** |

      9.      In my judgment, all the claimed costs, disbursements, and litigation expenses requested herein were necessary for a proper presentation of the case, are reasonable in amount, and will not be useful in subsequent litigation. I believe the entire amount requested herein should be awarded to Defendant in the event the Court decides to grant Plaintiffs' request for dismissal without prejudice.

                                                  _/s/ Daniel W. Park_
                                                  Daniel W. Park

State of California      )
                               )
County of Los Angeles  )

Subscribed and sworn to before me, this 8th day of December 2003,

                                                          _/s/ Julie Cravitz_
                                                          Notary Public

[Notary Seal: JULIE CRAVITZ, Commission # 1335787, Notary Public - California, Los Angeles County, My Comm. Expires Jan 18, 2006]