12/8/2003
10:19 AM

**Sheppard Mullin Richter & Hampton LLP**
**Matter Detailed Time and Expense Report**
Date Range (Time); Beginning of Time to 11/30/2003  (Disb); Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

| | | |
|---|---|---|
| Client: 0FRZ | American Engineering Corporation | Bill Atty: 0506   Roybal, Scott F. |
| Matter: 0FRZ-079475 | American Engineering - Transact Internat | Resp Atty: 0001   Administration, The |

Client Last Payment: 11/19/2003
Matter Last Billed: 12/8/2003

**Detailed Time Section**

| Tkpr | Date | Base Hours | Rate | Amount | Tobill / Billed Hours | Rate | Amount | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0506 | 3/13/2001 | 1.0 | 340.00 | 340.00 | 1.0 | 340.00 | 340.00 | | B | Reviewed correspondence re ACEequip's position on contractual relations between AEC and ACEquip. Conferred re same. Analyzed documents provided by AEC. Telephone conference with client re status and strategy of dispute between AEC and ACEquip. | 3514053 |
| 0872 | 3/13/2001 | 2.6 | 210.00 | 546.00 | 2.6 | 210.00 | 546.00 | | B | Analyzed client correspondence. Conferred with S. Roybal re case strategy. Teleconference with R. Boudreault. | 3514054 |
| 0506 | 3/15/2001 | 0.3 | 340.00 | 102.00 | 0.3 | 340.00 | 102.00 | | B | Telephone conference with client re AEC/ACEquip dispute. Reviewed documents re same. | 3514057 |
| 0872 | 3/15/2001 | 1.4 | 210.00 | 294.00 | 1.4 | 210.00 | 294.00 | | B | Analyzed ACEquip letter. Conferred with S. Roybal re strategy. Conferred with R. Boudreault. | 3514058 |
| 0506 | 3/16/2001 | 1.0 | 340.00 | 340.00 | 1.0 | 340.00 | 340.00 | | B | Reviewed correspondence from client re AEC/ACEquip dispute. | 3514059 |
| 0872 | 3/16/2001 | 0.2 | 210.00 | 42.00 | 0.2 | 210.00 | 42.00 | | B | Read client correspondence. | 3514060 |
| 0506 | 3/19/2001 | 0.1 | 340.00 | 34.00 | 0.1 | 340.00 | 34.00 | | B | Reviewed correspondence re AEC/ACEquip dispute. Conferred re same. | 3514061 |
| 0872 | 3/19/2001 | 1.8 | 210.00 | 378.00 | 1.8 | 210.00 | 378.00 | | B | Read client correspondence. Conferred re same. Contacted Connecticut counsel. Outlined litigation strategy. Corresponded with client. | 3514062 |
| 0506 | 3/21/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | | B | Reviewed Notice of Appointment of Arbitrator. Conferred re same. | 3514065 |
| 0872 | 3/21/2001 | 0.4 | 210.00 | 84.00 | 0.4 | 210.00 | 84.00 | | B | Teleconference with R. Boudreault. | 3514066 |
| 0506 | 3/22/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | | B | Telephone conference with client re status and strategy of dispute between AEC and ACEquip. Conferred re same. | 3514067 |
| 0872 | 3/22/2001 | 0.9 | 210.00 | 189.00 | 0.9 | 210.00 | 189.00 | | B | Teleconference with Connecticut counsel. Teleconference with R. Boudreault. | 3514068 |
| 0506 | 3/23/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | | B | Reviewed correspondence from client. Conferred re same. | 3514069 |

12/8/2003
10:19 AM

Sheppard Mullin Richter & Hampton LLP
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

| Client: | 0FRZ | American Engineering Corporation | | Bill Atty: | 0506 | Roybal, Scott F. | | Client Last Payment: | 11/19/2003 |
| Matter: | 0FRZ-079475 | American Engineering - Transact Internat | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 12/8/2003 |

**Detailed Time Section**

| | | | Base | | | | | | Tobill / Billed | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| ✓ 0872 | 3/23/2001 | 0.7 | 147.00 | 210.00 | | 0.7 | 147.00 | 210.00 | | B | Reviewed file. Teleconference with C. Hug. | 3514070 |
| ✓ 0506 | 3/26/2001 | 0.5 | 170.00 | 340.00 | | 0.5 | 170.00 | 340.00 | | B | Reviewed correspondence from client re AEC/ACEquip dispute. Conferred re status and strategy of action. Telephone conference with client re same. | 3514071 |
| ✓ 0872 | 3/26/2001 | 0.4 | 84.00 | 210.00 | | 0.4 | 84.00 | 210.00 | | B | Read client correspondence. Conferred with S. Roybal re status. | 3514072 |
| ✓ 0872 | 3/28/2001 | 1.4 | 294.00 | 210.00 | | 1.4 | 294.00 | 210.00 | | B | Read multiple correspondences from C. Hug. Responded to same. Teleconference with AEC's agent for service of process in Delaware. Conferred with S. Roybal re strategy. | 3514073 |
| ✓ 0506 | 3/29/2001 | 0.3 | 102.00 | 340.00 | | 0.3 | 102.00 | 340.00 | | B | Reviewed correspondence from AEC re dispute with ACEquip. Conferred re case status and strategy. | 3514075 |
| ✓ 0872 | 3/29/2001 | 0.9 | 189.00 | 210.00 | | 0.9 | 189.00 | 210.00 | | B | Conferred with C. Hug. Conferred re status. Legal research re Connecticut procedure. Corresponded with C. Hug. | 3514076 |
| ✓ 0506 | 3/30/2001 | 0.2 | 68.00 | 340.00 | | 0.2 | 68.00 | 340.00 | | B | Conferred re status and strategy of action. Coordinated with Connecticut counsel. | 3514077 |
| 0506 v 4/4/2001 | | 0.2 | 68.00 | 340.00 | | 0.2 | 68.00 | 340.00 | | B | Analyzed correspondence re arbitration demand. Conferred re status and strategy. | 3533771 |
| ✓ 0872 ✓ 4/4/2001 | | 1.8 | 378.00 | 210.00 | | 1.8 | 378.00 | 210.00 | | B | Conferred with S. Roybal re removal. Researched standard for removing petition for appointment of arbitrator. Researched local rules of United States District Court for the District of Connecticut. | 3533772 |
| ✓ 0872 | 4/5/2001 | 0.2 | 42.00 | 210.00 | | 0.2 | 42.00 | 210.00 | | B | Analyzed Connecticut District Court local rules. | 3533773 |
| ✓ 0506 | 4/6/2001 | 0.2 | 68.00 | 340.00 | | 0.2 | 68.00 | 340.00 | | B | Conferred re status and strategy of action. | 3533774 |
| ✓ 0872 | 4/6/2001 | 0.3 | 63.00 | 210.00 | | 0.3 | 63.00 | 210.00 | | B | Analyzed correspondence from C. Hug. | 3533775 |
| ✓ 0506 v 4/11/2001 | | 0.3 | 102.00 | 340.00 | | 0.3 | 102.00 | 340.00 | | B | Analyzed documents re arbitration demand. Conferred re responses. | 3533778 |

12/8/2003
10:19 AM

**Sheppard Mullin Richter & Hampton LLP**
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

Client:  0FRZ    American Engineering Corporation
Matter:  0FRZ-079475    American Engineering - Transact Internet

Bill Atty:  0506    Roybal, Scott F.
Resp Atty:  0001    Administration, The

Client Last Payment:  11/19/2003
Matter Last Billed:  12/8/2003

**Detailed Time Section**

| | | | Base | | | Tobill / Billed | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | | Time ID |
| 0872 | 4/16/2001 | 1.6 | 336.00 | 210.00 | 1.6 | 336.00 | 210.00 | . | B | Conferred re research on personal jurisdiction. Prepared Notice of Removal, Notice of Pending Motions, and Notice to Adverse Parties. | | 3533780 |
| 0872 | 4/17/2001 | 1.4 | 294.00 | 210.00 | 1.4 | 294.00 | 210.00 | . | B | Corresponded with C. Hug. Corresponded with client. Teleconference with C. Hug. E-mail to C. Hug. Conferred with S. Roybal. Teleconference with R. Boudreault. | | 3533784 |
| 0506 | 4/19/2001 | 0.5 | 170.00 | 340.00 | 0.5 | 170.00 | 340.00 | . | B | Reviewed and revised pleadings to be filed in Connecticut re AEC/ACEquip dispute. | | 3533791 |
| 0872 | 4/19/2001 | 0.3 | 63.00 | 210.00 | 0.3 | 63.00 | 210.00 | . | B | Teleconference with C. Hug re removal papers. Follow-up e-mail to same. | | 3533790 |

12/8/2003
10:19 AM

Sheppard Mullin Richter & Hampton LLP
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

| Client: | 0FRZ | American Engineering Corporation | | | Bill Atty: | 0506 | Roybal, Scott F. | | Client Last Payment: | 11/19/2003 |
| Matter: | 0FRZ-079475 | American Engineering - Transact Internet | | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 12/8/2003 |

**Detailed Time Section**

| | | Base | | | | Tobill / Billed | | | | | | |
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ 0872 | 5/7/2001 | 1.6 | 336.00 | 210.00 | 1.6 | 336.00 | 210.00 | . | B | Corresponded with client. Reviewed correspondence from Connecticut local counsel. Teleconference with E. Heath. Wrote letter to same. | 3566558 |

12/8/2003
10:19 AM

Sheppard Mullin Richter & Hampton LLP

**Matter Detailed Time and Expense Report**

Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

Client: 0FRZ          American Engineering Corporation
Matter: 0FRZ-079475   American Engineering - Transact Internat

Bill Atty:   0506       Roybal, Scott F.
Resp Atty:   0001       Administration, The

Client Last Payment:   11/19/2003
Matter Last Billed:    12/8/2003

**Detailed Time Section**

| | | | Base | | | | | Tobill / Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | | Hours | Amount | Rate | | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| 0872 | 5/15/2001 | ✓ | 1.4 | 294.00 | 210.00 | | 1.4 | 294.00 | 210.00 | . | B | Research and preparation for FRCP 26(f) early meeting of counsel, Conferred with S. Roybal re status and strategy. | 3566566 |
| 0872 | 5/17/2001 | ✓ | 0.2 | 42.00 | 210.00 | | 0.2 | 42.00 | 210.00 | . | B | Teleconference with E. Heath. | 3566567 |
| 0872 | 5/18/2001 | ✓ | 0.2 | 42.00 | 210.00 | | 0.2 | 42.00 | 210.00 | . | B | Reviewed correspondence from Connecticut local counsel. | 3566568 |
| 0872 | 5/21/2001 | ✓ | 0.2 | 42.00 | 210.00 | | 0.2 | 42.00 | 210.00 | . | B | Corresponde d with Connecticut local counsel. | 3566569 |

12/8/2003
10:19 AM

Sheppard Mullin Richter & Hampton LLP
Matter Detailed Time and Expense Report
Date Range (Time): Beginning of Time to 11/30/2003 (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Rec'd By: LXC
Currency: USD

Client: 0FRZ    American Engineering Corporation    Bill Atty: 0506    Roybal, Scott F.    Client Last Payment: 11/19/2003
Matter: 0FRZ-079475    American Engineering - Transact Internat    Resp Atty: 0001    Administration, The    Matter Last Billed: 12/8/2003

| | | Base | | Tobill / Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Detailed Time Section | | | | | | | | | |
| Tkpr | Date | Hours | Rate | Amount | Hours | Rate | Amount | Phase.Task | Status | Description of Services Rendered | Time ID |

| Tkpr | Date | Hours | Rate | Amount | Hours | Rate | Amount | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0506 | 6/29/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | | B | Telephone conference with court clerk re status of case management conference and motion to dismiss. Conferred re same. | 3607917 |
| 0872 | 6/29/2001 | 0.6 | 210.00 | 126.00 | 0.6 | 210.00 | 126.00 | | B | Reviewed correspondence from Connecticut counsel. Telephone call with law clerk to Judge Dorsey. Corresponded with client and Connecticut counsel re same. | 3607918 |
| 0872 | 7/3/2001 | 0.6 | 210.00 | 126.00 | 0.6 | 210.00 | 126.00 | | B | Teleconference with D. Cohen, attorney for ACEquip. Conferred re same. | 3628021 |

12/8/2003
10:19 AM

**Sheppard Mullin Richter & Hampton LLP**
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013713
Req'd By: LXC
Currency: USD

Client: 0FRZ        American Engineering Corporation
Matter: 0FRZ-079475   American Engineering - Transact Internet

Bill Atty:   0506    Roybal, Scott F.
Resp Atty: 0001    Administration, The

Client Last Payment:  11/19/2003
Matter Last Billed:  12/8/2003

**Detailed Time Section**

| | | Base | | | Tobill / Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| 0872 | 8/8/2001 | 0.8 | 168.00 | 210.00 | 0.8 | 168.00 | 210.00 | | B | Teleconference with E. Heath re filing of documents. Teleconference with D. Cohen re settlament overture. Conferred re same. | 3653335 |
| 0872 | 9/5/2001 | 0.3 | 63.00 | 210.00 | 0.3 | 63.00 | 210.00 | | B | Analyzed court order appointing arbitrator. | 3733775 |

12/8/2003
10:19 AM

Report: 2013T13
Req'd By: LXC
Currency: USD

Sheppard Mullin Richter & Hampton LLP

**Matter Detailed Time and Expense Report**

Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

| | | |
|---|---|---|
| Client: 0FRZ | American Engineering Corporation | Roybal, Scott F. |
| Matter: 0FRZ-079475 | American Engineering - Transact Internat | Administration, The |

Bill Atty: 0506    Client Last Payment: 11/19/2003
Resp Atty: 0001    Matter Last Billed: 12/8/2003

**Detailed Time Section**

| Tkpr | Date | Base Hours | Base Rate | Base Amount | Tobill / Billed Hours | Rate | Amount | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0872 | 9/10/2001 | 4.7 | 210.00 | 987.00 | 4.7 | 210.00 | 987.00 | . | B | Conferred re status and strategy. Teleconference with client re same. Drafted notice of appeal. Drafted motion for stay pending appeal. Corresponded with Connecticut local counsel. Conferred re motion for stay. | 3733777 |
| 0506 | 9/12/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | . | B | Conferred re status and strategy of action. | 3733780 |
| 0872 | 9/12/2001 | 1.0 | 210.00 | 210.00 | 1.0 | 210.00 | 210.00 | . | B | Revised motion for stay pending appeal. Corresponded with Connecticut counsel re same. | 3733779 |
| 0506 | 9/13/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | . | B | Conferred re Notice of Appeal and Stay of District Court Action re arbitration issues. Reviewed documentation re same. | 3733781 |
| 0872 | 9/13/2001 | 2.1 | 210.00 | 441.00 | 2.1 | 210.00 | 441.00 | . | B | Analyzed ACEquip's motion for reconsideration. Conferred re same. Teleconference with Connecticut local counsel. Teleconference with opposing counsel re motion to stay order appointing arbitrator. | 3733782 |
| 0506 | 9/14/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | . | B | Conferred re status and strategy of action. Reviewed court orders re same. | 3733783 |
| 0506 | 9/17/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | . | B | Conferred regarding status of action and appeal of district court decision. | 3733784 |
| 0872 | 9/18/2001 | 0.5 | 210.00 | 105.00 | 0.5 | 210.00 | 105.00 | . | B | Corresponded with client. | 3733785 |
| 0506 | 9/19/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | . | B | Reviewed court order regarding plaintiff's motion for reconsideration. Conferred regarding same. | 3733786 |
| 0506 | 9/20/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | . | B | Revised correspondence to client regarding status of action. Conferred regarding case strategy. | 3733787 |
| 0872 | 9/20/2001 | 0.2 | 210.00 | 42.00 | 0.2 | 210.00 | 42.00 | . | B | Corresponded with Connecticut local counsel. | 3733788 |
| 0506 | 10/5/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | . | B | Reviewed documents regarding stay of arbitration. Conferred regarding status and strategy of action. | 3733796 |

12/8/2003
10:19 AM

**Sheppard Mullin Richter & Hampton LLP**

**Matter Detailed Time and Expense Report**

Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

| Client: | 0FRZ | American Engineering Corporation | | | Bill Atty: | 0506 | Roybal, Scott F. | | Client Last Payment: | 11/19/2003 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter: | 0FRZ-079475 | American Engineering - Transact Internat | | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 12/8/2003 | |

**Detailed Time Section**

| | | Base | | | Tobill / Billed | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| 0872 | 10/5/2001 | 0.6 | 126.00 | 210.00 | 0.6 | 126.00 | 210.00 | | B | Teleconference with E. Heath re district court's order granting motion for stay. Corresponded with client. | 3733795 |
| 0872 | 10/7/2001 | 0.7 | 147.00 | 210.00 | 0.7 | 147.00 | 210.00 | | B | Researched law in support of motion for stay in the Second Circuit Court of Appeals. | 3733797 |
| 0872 | 10/8/2001 | 0.9 | 189.00 | 210.00 | 0.9 | 189.00 | 210.00 | | B | Began drafting motion for stay in Second Circuit. | 3733799 |
| 0872 | 10/9/2001 | 0.1 | 21.00 | 210.00 | 0.1 | 21.00 | 210.00 | | B | Corresponded with Connecticut local counsel. | 3733802 |
| 0872 | 10/10/2001 | 0.6 | 126.00 | 210.00 | 0.6 | 126.00 | 210.00 | | B | Read and responded to correspondences from Connecticut local counsel. Researched cases for motion for stay to the Second Circuit Court of Appeals. | 3733803 |
| 0738 | 10/11/2001 | 2.9 | 855.50 | 295.00 | 2.9 | 855.50 | 295.00 | | B | Researched and drafted motion for stay in second circuit; corresponded regarding same. | 3733807 |
| 0872 | 10/11/2001 | 5.5 | 1,155.00 | 210.00 | 5.5 | 1,155.00 | 210.00 | | B | Drafted motion for stay to the Second Circuit Court of Appeals. Corresponded with USAF FOIA compliance officer re status of FOIA request. Teleconference with Connecticut local counsel. | 3733805 |
| 0872 | 10/12/2001 | 0.8 | 168.00 | 210.00 | 0.8 | 168.00 | 210.00 | | B | Conferred with Connecticut local counsel re motion to stay in Second Circuit. Drafted notice of motion. | 3733808 |
| 0872 | 10/15/2001 | 0.6 | 126.00 | 210.00 | 0.6 | 126.00 | 210.00 | | B | Teleconference with E. Heath re case status. Teleconference with D. Cohen (opposing counsel) re arbitration. | 3733809 |
| 0872 | 10/16/2001 | 0.3 | 63.00 | 210.00 | 0.3 | 63.00 | 210.00 | | B | Analyzed correspondence from ACEquip re arbitrators. Reviewed correspondence from Connecticut counsel re potential arbitrations. Responded to same. | 3733810 |
| 0506 | 10/18/2001 | 0.2 | 68.00 | 340.00 | 0.2 | 68.00 | 340.00 | | B | Review correspondence. Conferred regarding status and strategy of action. | 3733812 |

12/8/2003
10:19 AM

Report: 2013T13
Req'd By: LXC
Currency: USD

## Sheppard Mullin Richter & Hampton LLP
### Matter Detailed Time and Expense Report
Date Range (Time); Beginning of Time to 11/30/2003 (Disb); Beginning of Time to 11/30/2003

| Client: | 0FRZ | American Engineering Corporation | | Bill Atty: | 0506 | Roybal, Scott F. | Client Last Payment: | 11/19/2003 |
| Matter: | 0FRZ-079475 | American Engineering - Transact Internat | | Resp Atty: | 0001 | Administration, The | Matter Last Billed: | 12/8/2003 |

**Detailed Time Section**

| Tkpr | Date | Base | | | Tobill / Billed | | | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours | Rate | Amount | Hours | Rate | Amount | | | | |
| 0872 | 10/25/2001 | 1.1 | 210.00 | 231.00 | 1.1 | 210.00 | 231.00 | | B | Teleconference with E. Heath and C. Hug re selecting an arbitrator. Reviewed resumes of potential arbitrators. Wrote letter to US Air Force requesting information re status of FOIA request. Conferred re arbitration strategy. | 3733813 |
| 0506 | 10/29/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | | B | Review correspondence regarding status of action. | 3733816 |
| 0872 | 10/29/2001 | 1.9 | 210.00 | 399.00 | 1.9 | 210.00 | 399.00 | | B | Teleconference with client re case status and strategy. Conferred with S. Roybal re same. | 3733815 |
| 0872 | 11/1/2001 | 1.0 | 210.00 | 210.00 | 1.0 | 210.00 | 210.00 | | B | Conferred re case status. Teleconference with E. Heath re arbitrators. Teleconference with client. | 3769193 |
| 0872 | 11/11/2001 | 0.2 | 210.00 | 42.00 | 0.2 | 210.00 | 42.00 | | B | Drafted letter to D. Cohen re arbitrators. | 3769198 |
| 0872 | 11/12/2001 | 0.1 | 210.00 | 21.00 | 0.1 | 210.00 | 21.00 | | B | Revised letter to D. Cohen re selection of arbitrators. | 3769199 |
| 0506 | 11/13/2001 | 0.2 | 340.00 | 68.00 | 0.2 | 340.00 | 68.00 | | B | Conferred regarding status and strategy of case. Reviewed correspondence regarding same. | 3769201 |
| 0872 | 11/14/2001 | 0.4 | 210.00 | 84.00 | 0.4 | 210.00 | 84.00 | | B | Teleconference with E. Heath. Conferred re arbitration strategy. | 3769203 |

12/8/2003
10:19 AM

**Sheppard Mullin Richter & Hampton LLP**
**Matter Detailed Time and Expense Report**
Date Range (Time); Beginning of Time to 11/30/2003 (Disb); Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

| Client: | 0FRZ | American Engineering Corporation | Bill Atty: | 0506 | Roybal, Scott F. | Client Last Payment: | 11/19/2003 |
| Matter: | 0FRZ-079475 | American Engineering - Transact Internat | Resp Atty: | 0001 | Administration, The | Matter Last Billed: | 12/8/2003 |

**Detailed Time Section**

| | | Base | | | | | | Tobill / Billed | | | |
| Tkpr | Date | Hours | Rate | Amount | Phase.Task | Status | Description of Services Rendered | Hours | Rate | Amount | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0872 | 11/15/2001 | 0.6 | 210.00 | 126.00 | . | B | Read correspondence from Robinson & Cole. Analyzed order of Second Circuit denying motion for stay. Wrote client re same. Wrote letter to D. Cohen re appointment of arbitrators. | 0.6 | 210.00 | 126.00 | 3769204 |
| 0506 | 11/21/2001 | 0.3 | 340.00 | 102.00 | . | B | Reviewed correspondence regarding arbitration issues. Conferred regarding same. Prepared for arbitration. | 0.3 | 340.00 | 102.00 | 3769205 |
| 0872 | 11/21/2001 | 0.5 | 210.00 | 105.00 | . | B | Teleconference with E. Heath. Drafted letter to D. Cohen re arbitrator selection and arbitration rules. | 0.5 | 210.00 | 105.00 | 3769206 |
| 0872 | 11/27/2001 | 0.6 | 210.00 | 126.00 | . | B | Teleconference with D. Cohen. Revised letter to same. Corresponded with client re letter to Cohen. | 0.6 | 210.00 | 126.00 | 3769208 |
| 0506 | 11/30/2001 | 0.2 | 340.00 | 68.00 | . | B | Prepared for arbitration. Conferred regarding same. | 0.2 | 340.00 | 68.00 | 3769210 |
| 0872 | 11/30/2001 | 0.5 | 210.00 | 105.00 | . | B | Received telephone call from D. Cohen. Conferred re same. Teleconference with client. | 0.5 | 210.00 | 105.00 | 3769209 |
| 0872 | 12/3/2001 | 2.1 | 210.00 | 441.00 | . | B | Researched scope of allowable discovery in arbitrations under Connecticut law. Conferred re discovery plan. Teleconference with D. Cohen. Corresponded with D. Cohen. Corresponded with USAF re FOIA request. | 2.1 | 210.00 | 441.00 | 3798534 |
| 0872 | 12/6/2001 | 0.2 | 210.00 | 42.00 | . | B | Read correspondence from D. Cohen. Replied to same. | 0.2 | 210.00 | 42.00 | 3798536 |
| 0872 | 12/11/2001 | 1.1 | 210.00 | 231.00 | . | B | Teleconference with E. Heath. Corresponded with D. Cohen. Teleconference with D. Cohen. | 1.1 | 210.00 | 231.00 | 3798539 |
| 0872 | 12/18/2001 | 1.4 | 210.00 | 294.00 | . | B | Teleconference with David Cohen. Conferred re same. Wrote letter to client re same. | 1.4 | 210.00 | 294.00 | 3798543 |

12/8/2003.

10:19 AM

**Sheppard Mullin Richter & Hampton LLP**

**Matter Detailed Time and Expense Report**

Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013T3

Req'd By: LXC

Currency: USD

| Client: | 0FRZ | American Engineering Corporation | | | | Bill Atty: | 0506 | Roybal, Scott F. | | Client Last Payment: | 11/19/2003 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter: | 0FRZ-079475 | American Engineering - Transact Internat | | | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 12/8/2003 | |

**Detailed Time Section**

| | | | Base | | | ToBill / Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ttpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| ✓ 0506 | 12/28/2001 | 0.3 | 102.00 | 340.00 | 0.3 | 102.00 | 340.00 | . | B | Prepared for arbitration. Reviewed correspondence from ACEquip regarding settlement issues. Conferred regarding status of action. | 3798546 |
| ✓ 0872 | 1/4/2002 | 1.4 | 364.00 | 260.00 | 1.4 | 364.00 | 260.00 | . | B | Read client correspondence. Corresponded with USAF re FOIA request. Drafted letter to D. Cohen re settlement demand. | 3823833 |
| ✓ 0506 | 1/10/2002 | 0.2 | 72.00 | 360.00 | 0.2 | 72.00 | 360.00 | . | B | Conferred regarding status and strategy of action. | 3823834 |
| ✓ 0506 | 1/11/2002 | 0.2 | 72.00 | 360.00 | 0.2 | 72.00 | 360.00 | . | B | Reviewed correspondence regarding settlement and arbitration. | 3823835 |
| ✓ 0872 | 1/14/2002 | 0.6 | 156.00 | 260.00 | 0.6 | 156.00 | 260.00 | . | B | Read correspondence from D. Cohen. Replied to same. Corresponded with client. | 3823836 |
| ✓ 0872 | 1/15/2002 | 0.4 | 104.00 | 260.00 | 0.4 | 104.00 | 260.00 | . | B | Conferred with client. | 3823837 |
| ✓ 0872 | 1/28/2002 | 0.2 | 52.00 | 260.00 | 0.2 | 52.00 | 260.00 | . | B | Teleconference with E. Heath re settlement talks. | 3823838 |
| ✓ 0506 | 1/29/2002 | 0.4 | 144.00 | 360.00 | 0.4 | 144.00 | 360.00 | . | B | Conferred regarding status of action and arbitration issues. Reviewed correspondence with client. | 3823840 |
| ✓ 0872 | 1/29/2002 | 1.5 | 390.00 | 260.00 | 1.5 | 390.00 | 260.00 | . | B | Teleconference with D. Cohen re settlement talks. Conferred re same. Corresponded with client re same. | 3823839 |
| ✓ 0506 | 1/31/2002 | 0.5 | 180.00 | 360.00 | 0.5 | 180.00 | 360.00 | . | B | Reviewed correspondence regarding settlement dispute. Conferred regarding same. Prepared for arbitration. Analyzed documents regarding same. | 3858898 |
| ✓ 0506 | 2/5/2002 | 0.4 | 144.00 | 360.00 | 0.4 | 144.00 | 360.00 | . | B | Reviewed correspondence regarding settlement. Conferred regarding same. Reviewed response to opposition regarding settlement. Conferred regarding status and strategy of matters. | 3858891 |

12/8/2003
10:19 AM

**Sheppard Mullin Richter & Hampton LLP**
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

Client: 0FRZ     American Engineering Corporation
Matter: 0FRZ-0794/5     American Engineering - Transact Internet

Bill Atty:   0506     Roybal, Scott F.
Resp Atty:   0001     Administration, The

Client Last Payment:   11/19/2003
Matter Last Billed:   12/8/2003

**Detailed Time Section**

| Tkpr | Date | Hours | Base Amount | Rate | Hours | Tobill / Billed Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
|------|------|-------|-------------|------|-------|------------------------|------|------------|--------|----------------------------------|---------|
| ✓ 0872 | 3/27/2002 | 0.9 | 234.00 | 260.00 | 0.9 | 234.00 | 260.00 | . | B | Teleconference with D. Cohen re settlement. Corresponded with client re same. | 3898178 |
| 0872 | 3/29/2002 | 0.3 | 78.00 | 260.00 | 0.3 | 78.00 | 260.00 | . | B | Teleconference with R. Boudreault. | 3898180 |
| ✓ 0872 | 4/11/2002 | 0.3 | 78.00 | 260.00 | 0.3 | 78.00 | 260.00 | . | B | Analyzed ACEquip's motion to correct judgment. | 3924636 |

12/8/2003
10:19 AM

Sheppard Mullin Richter & Hampton LLP
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003   (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

Client: 0FRZ          American Engineering Corporation          Bill Atty: 0506   Roybal, Scott F.          Client Last Payment: 11/19/2003
Matter: 0FRZ-079475   American Engineering - Transact Internat   Resp Atty: 0001  Administration, The        Matter Last Billed: 12/8/2003

**Detailed Time Section**

| | | | Base | | | | Tobill / Billed | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkvr | Date | Hours | Amount | Rate | | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | | Time ID |
| 0506 | 5/23/2002 | 0.2 | 72.00 | 360.00 | | 0.2 | 72.00 | 360.00 | . | B | Reviewed court order regarding arbitration. | | 4001483 |
| 0872 | 6/5/2002 | 0.3 | 78.00 | 260.00 | | 0.3 | 78.00 | 260.00 | . | B | Teleconference with E. Heath and J. Royster re status of litigation with ACEquip. | | 4001484 |

12/8/2003
10:19 AM

**Sheppard Mullin Richter & Hampton LLP**
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Req'd By: LXC
Currency: USD

| | | | | |
|---|---|---|---|---|
| Client: | 0FRZ | American Engineering Corporation | Bill Atty: | 0506 | Roybal, Scott F. | Client Last Payment: | 11/19/2003 |
| Matter: | 0FRZ-079475 | American Engineering - Transact Internat | Resp Atty: | 0001 | Administration, The | Matter Last Billed: | 12/8/2003 |

**Detailed Time Section**

| | | Base | | | Tcbill / Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase,Task | Status | Description of Services Rendered | Time ID |
| 0872 | 4/9/2003 | 0.3 | 88.50 | 295.00 | 0.3 | 88.50 | 295.00 | . | B | Corresponded with client re current case status. | 4340958 |

12/8/2003
10:19 AM

Report: 2013713
Req'd By: LXC
Currency: USD

## Sheppard Mullin Richter & Hampton LLP
### Matter Detailed Time and Expense Report
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

| Client: | 0FRZ | American Engineering Corporation |
| Matter: | 0FRZ-079475 | American Engineering - Transact Internat |

| Bill Atty: | 0506 | Roybal, Scott F. |
| Resp Atty: | 0001 | Administration, The |

| Client Last Payment: | 11/19/2003 |
| Matter Last Billed: | 12/8/2003 |

### Detailed Time Section

| Tkpr | Date | Base Hours | Base Rate | Base Amount | Total/Billed Hours | Total/Billed Amount | Total/Billed Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0872 | 4/17/2003 | 0.7 | 295.00 | 206.50 | 0.7 | 206.50 | 295.00 | | B | Teleconference with client. | 4340960 |
| 0872 | 4/18/2003 | 0.2 | 295.00 | 59.00 | 0.2 | 59.00 | 295.00 | | B | Reviewed correspondence from client. | 4340961 |
| 0506 | 5/9/2003 | 0.5 | 395.00 | 197.50 | 0.5 | 197.50 | 395.00 | | B | Analyzed Court order regarding arbitration issues. Conferred regarding status and strategy regarding action. Reviewed correspondence regarding same. | 201539 |
| 0872 | 9/4/2003 | 0.4 | 295.00 | 118.00 | 0.4 | 118.00 | 295.00 | | B | Teleconference with E. Heath. Revised status report. Corresponded with E. Heath re same. | 4984476 |
| 0506 | 9/5/2003 | 0.2 | 395.00 | 79.00 | 0.2 | 79.00 | 395.00 | | B | Conferred regarding status of report to court regarding status of action. | 4977877 |
| 0506 | 9/9/2003 | 0.3 | 395.00 | 118.50 | 0.3 | 118.50 | 395.00 | | B | Conferred regarding status of action. Reviewed filing regarding status report. | 4997351 |
| 0872 | 9/24/2003 | 0.6 | 295.00 | 177.00 | 0.6 | 177.00 | 295.00 | | B | Read correspondence from opposing counsel. Conferred re same. Corresponded with client. Reviewed file. Read client correspondence and responded to same. | 5009424 |
| 0872 | 9/25/2003 | 0.3 | 295.00 | 88.50 | 0.3 | 88.50 | 295.00 | | B | Reviewed docket sheet from U.S. District Court. Conferred re case status with S. Roybal. | 5009427 |
| 0872 | 10/3/2003 | 0.4 | 295.00 | 118.00 | 0.4 | 118.00 | 295.00 | | B | Read plaintiff's status report. Corresponded with client. | 5040107 |
| 0506 | 10/10/2003 | 1.0 | 395.00 | 395.00 | 1.0 | 395.00 | 395.00 | | B | Analyzed plaintiffs motion to reconsider court's order to dismiss. Conferred regarding same. Reviewed and revised AEC's opposition regarding same. | 5037681 |
| 0872 | 10/10/2003 | 3.6 | 295.00 | 1,062.00 | 3.6 | 1,062.00 | 295.00 | | B | Analyzed Plaintiff's motion for relief from judgment. Conferred re same. Drafted opposition to Plaintiff's motion. Drafted supporting affidavits. Corresponded with local counsel. | 5039162 |
| 0506 | 10/11/2003 | 0.5 | 395.00 | 197.50 | 0.5 | 197.50 | 395.00 | | B | Analyzed AEC's opposition to ACEquip's motion to dismiss. Reviewed correspondence regarding same. | 5037513 |
| 0872 | 10/13/2003 | 0.4 | 295.00 | 118.00 | 0.4 | 118.00 | 295.00 | | B | Reviewed and revised opposition to ACEquip's motion for relief from order of dismissal. Corresponded with client. Corresponded with local counsel. | 5039787 |
| 0506 | 10/14/2003 | 0.5 | 395.00 | 197.50 | 0.5 | 197.50 | 395.00 | | B | Conferred regarding status of action. Reviewed court filing regarding dismissal of action and plaintiff response. | 5041174 |
| 0506 | 10/15/2003 | 0.5 | 395.00 | 197.50 | 0.5 | 197.50 | 395.00 | | B | Analyzed pleadings and court orders regarding status of action and dismissal. | 5052957 |

12/8/2003
10:19 AM

**Sheppard Mullin Richter & Hampton LLP**
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013713
Req'd By: LXC
Currency: USD

| Client: | 0FRZ | American Engineering Corporation | | Bill Atty: | 0506 | Roybal, Scott F. | Client Last Payment: | 11/19/2003 |
|---|---|---|---|---|---|---|---|---|
| Matter: | 0FRZ-079475 | American Engineering - Transact Internal | | Resp Atty: | 0001 | Administration, The | Matter Last Billed: | 12/8/2003 |

**Detailed Time Section**

| Tkpr | Date | Base Hours | Amount | Rate | Tobill/Billed Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0506 | 10/24/2003 | 0.5 | 197.50 | 395.00 | 0.5 | 197.50 | 395.00 | | B | Reviewed correspondence regarding plaintiff's request to stipulate. Conferred regarding same. Reviewed and revised correspondence to plaintiff's counsel. | 5059873 |
| 0872 | 10/24/2003 | 0.9 | 265.50 | 295.00 | 0.9 | 265.50 | 295.00 | | B | Read correspondence from local counsel. Conferred re same. Teleconference with local counsel re same. Drafted letter to D. Cohen re settlement offer. Corresponded with client re draft letter. | 5066356 |
| 0872 | 10/27/2003 | 0.1 | 29.50 | 285.00 | 0.1 | 29.50 | 285.00 | | B | Read client correspondence. Revised and sent correspondence to ACEquip's attorneys. | 5065781 |
| 0872 | 11/3/2003 | 0.2 | 59.00 | 295.00 | 0.2 | 59.00 | 295.00 | | B | Exchanged emails with local counsel re case status. | 5093604 |
| 0506 | 11/6/2003 | 0.5 | 197.50 | 395.00 | 0.5 | 197.50 | 395.00 | | B | Reviewed court order regarding dismissal of plaintiffs. Conferred regarding status of action. | 5089825 |
| 0872 | 11/6/2003 | 1.6 | 472.00 | 295.00 | 1.6 | 472.00 | 295.00 | | B | Read court order. Corresponded with local counsel re same. Corresponded with client re same. Conferred with S. Roybal re same. | 5094334 |
| 0872 | 11/7/2003 | 0.3 | 88.50 | 295.00 | 0.3 | 88.50 | 295.00 | | B | Reviewed file re arbitrator appointment process from fall of 2001. | 5094109 |
| 0872 | 11/10/2003 | 0.8 | 236.00 | 295.00 | 0.8 | 236.00 | 285.00 | | B | Teleconference with D. Cohen re proposal to dismiss case without prejudice. Exchanged internal emails with S. Roybal re same. Corresponded with client re same. | 5094050 |
| 0872 | 11/11/2003 | 0.7 | 206.50 | 295.00 | 0.7 | 206.50 | 295.00 | | B | Read correspondence from client. Exchanged internal emails re same with S. Roybal. Teleconference with D. Cohen. | 5093922 |
| 0872 | 11/12/2003 | 2.0 | 590.00 | 295.00 | 2.0 | 590.00 | 295.00 | | B | Reviewed file re previous appointment of arbitrators. Corresponded with local counsel. Corresponded with client. Teleconference with client. Wrote internal email to S. Roybal re same. Wrote memo to file re same. | 5092989 |
| 0872 | 11/13/2003 | 0.4 | 118.00 | 295.00 | 0.4 | 118.00 | 295.00 | | B | Read correspondence from local counsel re potential arbitrators. Researched potential arbitrator. Sent internal email to S. Roybal. | 5092953 |
| 0506 | 11/14/2003 | 1.0 | 395.00 | 395.00 | 1.0 | 395.00 | 395.00 | | B | Conferred regarding Court Order regarding Arbitration. Reviewed correspondence from opposing counsel regarding Arbitration. Prepared for Arbitration. | 5102930 |
| 0872 | 11/14/2003 | 1.7 | 501.50 | 295.00 | 1.7 | 501.50 | 295.00 | | B | Read letter from ACEquip. Sent email to local counsel re same. Sent internal email to S. Roybal re same. Sent email to client re same. Conferred with S. Roybal re arbitrator selection. Conferred with E. Heath re arbitrator selection. Read email | 5109341 |
| 0872 | 11/17/2003 | 1.1 | 324.50 | 295.00 | 1.1 | 324.50 | 295.00 | | B | Wrote letter to D. Cohen re appointment of arbitrator. Exchanged internal emails with S. Roybal re same. Corresponded with client re same. Read client correspondence. | 5110112 |
| 0872 | 11/18/2003 | 0.1 | 29.50 | 295.00 | 0.1 | 29.50 | 295.00 | | B | Read correspondence from local counsel. | 5109773 |
| 0506 | 11/19/2003 | 0.6 | 237.00 | 395.00 | 0.6 | 237.00 | 395.00 | | B | Conferred regarding status of case. Reviewed court order. Reviewed correspondence from opposing counsel. | 5114294 |

12/8/2003
10:19 AM

Sheppard Mullin Richter & Hampton LLP
Matter Detailed Time and Expense Report
Date Range (Time): Beginning of Time to 11/30/2003 (Disb): Beginning of Time to 11/30/2003

Report: 2013T13
Rec'd By: LXC
Currency: USD

Client: 0FRZ    American Engineering Corporation
Matter: 0FRZ-079475    American Engineering - Transact Internat

Bill Atty: 0506    Roybal, Scott F.
Resp. Atty: 0001    Administration, The

Client Last Payment: 11/19/2003
Matter Last Billed: 12/8/2003

**Detailed Time Section**

| Tkpr | Date | Base Hours | Amount | Rate | Tobill / Billed Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0872 | 11/19/2003 | 3.8 | 1,121.00 | 295.00 | 3.8 | 1,121.00 | 295.00 | | B | Read letter form D. Cohen. Drafted response to same. Conferred with local counsel re suggested arbitrator. Conferred with S. Roybal re response to Cohen letter. Read ACEequip's motion for dismissal without prejudice. Conferred with S. Roybal re sa | 5110001 |
| 0872 | 11/20/2003 | 3.6 | 1,062.00 | 295.00 | 3.6 | 1,062.00 | 295.00 | | B | Drafted opposition to motion to dismiss without prejudice. Conferred re same. | 5109657 |
| 0506 | 11/21/2003 | 0.5 | 197.50 | 395.00 | 0.5 | 197.50 | 395.00 | | B | Conferred re status and strategy of action. Prepared response to Plaintiff's Request to Dismiss Without Prejudice. | 6113915 |
| 0872 | 11/21/2003 | 2.2 | 649.00 | 295.00 | 2.2 | 649.00 | 295.00 | | B | Reviewed bills for proper amount to claim as attorneys' fees as condition of voluntary dismissal. | 5115008 |
| 0872 | 11/22/2003 | 0.2 | 59.00 | 295.00 | 0.2 | 59.00 | 295.00 | | B | Reviewed bills from Robinson & Cole for inclusion in attorneys fee request. | 5116118 |
| 0872 | 11/24/2003 | 0.1 | 29.50 | 295.00 | 0.1 | 29.50 | 295.00 | | B | Wrote letter to D. Cohen re joint status report. | 5115956 |
| 0872 | 11/25/2003 | 0.6 | 177.00 | 295.00 | 0.6 | 177.00 | 295.00 | | B | Drafted status report. Received plaintiffs' draft status report. Incorporated AEC's status report in Plaintiffs' draft. Corresponded re same with local counsel. Read fax from plaintiffs re appointment of arbitrator. Corresponded re same with loc | 5117735 |
| 0872 | 11/26/2003 | 0.5 | 147.50 | 295.00 | 0.5 | 147.50 | 295.00 | | B | Read correspondence from Plaintiffs counsel. Responded to same. Sent emails to S. Roybal re joint status report. Finalized joint status report and sent to Plaintiff's counsel. Corresponded with local counsel. Corresponded with client. | 5119078 |
| 0506 | 11/28/2003 | 1.0 | 395.00 | 395.00 | 1.0 | 395.00 | 395.00 | | B | Conferred re status of action. Reviewed draft status report to Court. Conferred re same. | 5122481 |

12/8/2003
10:20 AM

**Sheppard Mullin Richter & Hampton LLP**
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013713
Req'd By: LXC
Currency: USD

| Client: | 0FRZ | American Engineering Corporation | | Bill Atty: | 0506 | Roybal, Scott F. | | Client Last Payment: | 11/19/2003 |
|---|---|---|---|---|---|---|---|---|---|
| Matter: | 0FRZ-079475 | American Engineering - Transact Internat | | Resp Atty: | 0001 | Administration, The | | Matter Last Billed: | 12/8/2003 |

**Detailed Disbursements Section**

| Tkpr | Date | Source | Check | Disb Code | Base Amount | Tcbill / Billed Amt | Phase.Task | Status | Disbursement Description | Disb ID |
|---|---|---|---|---|---|---|---|---|---|---|
| | 9/5/2003 | | | TELE | 1.88 | 1.88 | E105.0 | B | Telephone/Fax from extension 5512. 8602758297 | 5525639 |
| | 9/9/2003 | | | DUPL | 1.00 | 1.00 | E101.0 | B | Duplicating charges, 4 pages by 1290. | 5535617 |
| | 10/3/2003 | | | DUPL | 1.00 | 1.00 | E101.0 | B | Duplicating charges, 4 pages by 1290. | 5576466 |
| | 10/3/2003 | | | DUPL | 2.00 | 2.00 | E101.0 | B | Duplicating charges, 8 pages by 1290. | 5576805 |
| | 10/9/2003 | | | DUPL | 4.50 | 4.50 | E101.0 | B | Duplicating charges, 18 pages by 1290. | 5582113 |
| | 10/10/2003 | | | DUPL | 7.50 | 7.50 | E101.0 | B | Duplicating charges, 30 pages by 0872. | 5586817 |
| | 10/10/2003 | | | TELE | 1.88 | 1.88 | E105.0 | B | Telephone/Fax from extension 5512. 8602758297 | 5587700 |
| | 10/10/2003 | | | TELE | 1.88 | 1.88 | E105.0 | B | Telephone/Fax from extension 5512. 8602758297 | 5587766 |
| | 10/10/2003 | | | WSTLAW | 69.20 | 69.20 | E106.0 | B | Westlaw research by NETSOLUTIONS, on 10/10/2003. | 5588253 |

12/8/2003
10:20 AM

Sheppard Mullin Richter & Hampton LLP

Matter Detailed Time and Expense Report

Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Report: 2013713
Req'd By: LXC
Currency: USD

Client:   0FRZ         American Engineering Corporation              Bill Atty:   0506      Royval, Scott F.          Client Last Payment:   11/19/2003
Matter:   0FRZ-079475  American Engineering - Transact Internet      Resp Atty:   0001      Administration, The       Matter Last Billed:    12/8/2003

**Detailed Disbursements Section**

| Tkpr | Date | Source | Check | Disb Code | Disbursement Description | Tobill / Billed Amt | Base Amount | Phase.Task | Status | Disb ID |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10/10/2003 | | | WSTLAW | Westlaw research by PARK,DANIEL W. on 10/10/2003. | 25.87 | 25.87 | E106.0 | B | 5588254 |
| | 10/13/2003 | | | DUPL | Duplicating charges, 4 pages by 1290. | 1.00 | 1.00 | E101.0 | B | 5590157 |
| | 10/13/2003 | | | FEDEX | Tracking #790029774149 From: DANIEL PARK, ESQ., SHEPPARD MULLIN ET AL LLP, 333 S HOPE ST FL 48, LOS ANGELES, CA 900711406 To: EDWARD J. HEATH, ESQUIRE, ROBINSON & COLE, 280 TRUMBALL STREET, HARTFORD, CT 06103 | 13.54 | 13.54 | E107.0 | B | 5599462 |
| | 10/15/2003 | | | DUPL | Duplicating charges, 45 pages by 5233. | 11.25 | 11.25 | E101.0 | B | 5591648 |
| | 10/24/2003 | | | TELE | Telephone/Fax from extension 5512. 8602758297 | 12.21 | 12.21 | E105.0 | B | 5600569 |
| | 10/27/2003 | | | DUPL | Duplicating charges, 9 pages by 5333. | 2.25 | 2.25 | E101.0 | B | 5611938 |
| | 10/27/2003 | | | TELE | Telephone/Fax from extension 4152. 2039679273 | 0.94 | 0.94 | E105.0 | B | 5614442 |
| | 10/27/2003 | | | TELE | Telephone/Fax from extension 4152. 8602758299 | 0.94 | 0.94 | E105.0 | B | 5614443 |
| | 10/30/2003 | | | TELE | Telephone/Fax from extension 5512. 8602758297 | 1.88 | 1.88 | E105.0 | B | 5620931 |
| | 11/6/2003 | | | DUPL | Duplicating charges, 10 pages by 1290. | 2.50 | 2.50 | E101.0 | B | 5627890 |
| | 11/11/2003 | | | TELE | Telephone/Fax from extension 5512. 2033272300 | 0.94 | 0.94 | E105.0 | B | 5641691 |
| | 11/14/2003 | | | TELE | Telephone/Fax from extension 5512. 8602758297 | 5.63 | 5.63 | E105.0 | B | 5644109 |
| | 11/17/2003 | | | DUPL | Duplicating charges, 9 pages by 1290. | 2.25 | 2.25 | E101.0 | B | 5648764 |
| | 11/17/2003 | | | TELE | Telephone/Fax from extension 4211. 2039679273 | 4.88 | 4.88 | E105.0 | B | 5652909 |
| | 11/17/2003 | | | TELE | Telephone/Fax from extension 4211. 8602758299 | 4.88 | 4.88 | E105.0 | B | 5652914 |
| | 11/18/2003 | | | DUPL | Duplicating charges, 190 pages by 1290. | 47.50 | 47.50 | E101.0 | B | 5649937 |
| | 11/19/2003 | | | DUPL | Duplicating charges, 16 pages by 1290. | 4.00 | 4.00 | E101.0 | B | 5650113 |
| | 11/19/2003 | | | DUPL | Duplicating charges, 8 pages by 1290. | 2.00 | 2.00 | E101.0 | B | 5650286 |
| | 11/19/2003 | | | TELE | Telephone/Fax from extension 5512. 8602758297 | 1.88 | 1.88 | E105.0 | B | 5653451 |
| | 11/19/2003 | | | TELE | Telephone/Fax from extension 4211. 8602758299 | 4.88 | 4.88 | E105.0 | B | 5653518 |
| | 11/19/2003 | | | TELE | Telephone/Fax from extension 4211. 2039679273 | 3.94 | 3.94 | E105.0 | B | 5653595 |
| | 11/19/2003 | | | TELE | Telephone/Fax from extension 4211. 8602758299 | 4.88 | 4.88 | E105.0 | B | 5653597 |
| | 11/19/2003 | | | WSTLAW | Westlaw research by NETSOLUTIONS, on 11/19/2003. | 96.74 | 96.74 | E106.0 | B | 5656306 |
| | 11/21/2003 | | | LEXIS | Lexis research by SHARED, LIBRARIAN on 11/21/2003. | 1.56 | 1.56 | E106.0 | B | 5655927 |
| | 11/24/2003 | | | DUPL | Duplicating charges, 6 pages by 1290. | 1.50 | 1.50 | E101.0 | B | 5658188 |

12/8/2003
10:20 AM

Report: 2013T13
Req'd By: LXC
Currency: USD

**Sheppard Mullin Richter & Hampton LLP**
**Matter Detailed Time and Expense Report**
Date Range (Time): Beginning of Time to 11/30/2003  (Disb): Beginning of Time to 11/30/2003

Client: 0FRZ    American Engineering Corporation
Matter: 0FRZ-079475    American Engineering - Transact Internat

Bill Atty: 0506    Roybal, Scott F.
Resp Atty: 0001    Administration, The

Client Last Payment: 11/19/2003
Matter Last Billed: 12/8/2003

**Detailed Disbursements Section**

| Tkpr | Date | Source | Check | Disb Code | Base Amount | ToBill / Billed Amt | Phase.Task | Status | Disbursement Description | Disb ID |
|---|---|---|---|---|---|---|---|---|---|---|
| | 11/24/2003 | | | TELE | 3.94 | 3.94 | E105.0 | B | Telephone/Fax from extension 4211. 2039679273 | 5659001 |
| | 11/24/2003 | | | TELE | 4.88 | 4.88 | E105.0 | B | Telephone/Fax from extension 4211. 8602758299 | 5659003 |