```
DATE PRINTED 12/09/03 12:45 PM                                                              PAGE     2
(PTE2)
                        ARCHIVED TIME ENTRIES

  TKPR   DATE WORKED/                                       LEDGER CLS    BILLING  RESP.  CHARGE  TIME
         ADDED           DESCRIPTION                        /INDEX #      ATTY     ATTY   TYPE    SORT
  ====   ===========    ===========================         ==========    =======  =====  ======  =====

23055.1       AMERICAN ENGINEERING           AceQuip Arbitration , Construc
  HEATH  04/05/01  Office conference Atty Hug re research re removal  FEEH     HUG     HUG    CC
         04/06/01  and challenges based on process; draft email
                   correspondence re same.
                   Archived From Invoice Number  324776
   ACTUAL:         .50 Hours at $ 170.00 Per Hour = $    85.00       15652470

23055.1       AMERICAN ENGINEERING           AceQuip Arbitration , Construc
  HEATH  04/17/01  Conference Atty Hug re filing of notice of       FEEH      HUG     HUG    CC
         04/19/01  removal; telephone conference Atty Park re same.
```

```
DATE PRINTED 12/09/03 12:45 PM                                              PAGE    3
(PTE2)
                     ARCHIVED TIME ENTRIES
 TKPR   DATE WORKED/                                        LEDGER CLS    BILLING   RESP.   CHARGE   TIME
        DATE ADDED       DESCRIPTION                         /INDEX #       ATTY    ATTY     TYPE    SORT
 ====   ===========   ==================================    =========    =======   =====   ======   ====
                      Archived From Invoice Number 324776
 23055.1   AMERICAN ENGINEERING                  AceQuip Arbitration , Construc
 HUG    04/17/01    Attention to correspondence re removal issue;                 FEEH
        04/20/01    telephone conference Atty Park.
                      Archived From Invoice Number 324776
     ACTUAL:          .30 Hours at $ 170.00 Per Hour =  $    51.00   15709725        HUG     HUG

 23055.1   AMERICAN ENGINEERING                  AceQuip Arbitration , Construc
 HEATH  04/18/01    Review removal documents re compliance with                   FEEH
        04/19/01    federal statutes and local rules and practice.
                      Archived From Invoice Number 324776
     ACTUAL:          .30 Hours at $ 280.00 Per Hour =  $    84.00   15717351        HUG     HUG     CC

 23055.1   AMERICAN ENGINEERING                  AceQuip Arbitration , Construc
 HUG    04/18/01    Conference Atty Hug re removal documents.                     FEEH
        04/19/01
                      Archived From Invoice Number 324776
     ACTUAL:          .70 Hours at $ 170.00 Per Hour =  $   119.00   15709749        HUG     HUG

 23055.1   AMERICAN ENGINEERING                  AceQuip Arbitration , Construc
 HEATH  04/18/01    Review removal issue and papers and discuss with              FEEH
        04/20/01    Atty Heath.
                      Archived From Invoice Number 324776
     ACTUAL:          .40 Hours at $ 170.00 Per Hour =  $    68.00   15709779        HUG     HUG     CC

 23055.1   AMERICAN ENGINEERING                  AceQuip Arbitration , Construc
 HUG    04/19/01    Revise removal documents and prepare for filing;              FEEH
        04/20/01    conference Atty Hug re same; draft letter Atty
                    Cohen re same.
                      Archived From Invoice Number 324776
     ACTUAL:          .50 Hours at $ 280.00 Per Hour =  $   140.00   15717396        HUG      H

 23055.1   AMERICAN ENGINEERING                  AceQuip Arbitration , Construc
 HEATH  04/19/01    Review and revise removal; call to Atty Park.                 FEEH
        04/20/01
                      Archived From Invoice Number 324776
     ACTUAL:         1.70 Hours at $ 170.00 Per Hour =  $   289.00   15717774        HUG     HUG     CC

 23055.1   AMERICAN ENGINEERING                  AceQuip Arbitration , Construc
 HUG    04/19/01    Attention to removal issues.                                  FEEH
        04/23/01
                      Archived From Invoice Number 324776
     ACTUAL:          .30 Hours at $ 280.00 Per Hour =  $    84.00   15722646        HUG     HUG     CC

 23055.1   AMERICAN ENGINEERING                  AceQuip Arbitration , Construc
 HUG    04/20/01    Attention to removal issues.                                  FEEH
        04/23/01
                      Archived From Invoice Number 324776
     ACTUAL:          .30 Hours at $ 280.00 Per Hour =  $    84.00   15722661        HUG     HUG     CC
```

```
DATE PRINTED 12/09/03 12:45 PM                                              PAGE    4
(PTE2)
                    ARCHIVED TIME ENTRIES

  DATE WORKED/                                      LEDGER CLS  BILLING  RESP.   CHARGE  TIME
TKPR   ADDED           DESCRIPTION                   /INDEX #    ATTY    ATTY     TYPE   SORT
====  ========  ==================================  ==========  =======  ======  ======  =====
23055.1   AMERICAN ENGINEERING          AceQuip Arbitration , Construc
HEATH 04/20/01  Revise removal documents; file removal documents  FEEH    HUG     HUG      CC
      04/23/01  with District Court.
                Archived From Invoice Number 324776
    ACTUAL:         1.60 Hours at $ 170.00 Per Hour = $  272.00    15723972
```

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

AMERICAN ENGINEERING　　　　　　　　　　　　　　　　　　December 17, 2001
MR RICHARD G BOUDREAULT PRES　　　　　　　　　　　　　R&C Invoice 47353258
PO BOX 131　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1
GINOWAN CITY
OKINAWA, JA 901-22

File # 23055.0001　　　　　　　　　　　　　　　　　For services through November 30, 2001
AceQuip Arbitration Demand Construction

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/01 | E. J. Heath | Telephone conference AAA re participation of Atty Webber in arbitration. | 0.2 | 170.00 | 34.00 |
| 11/06/01 | E. J. Heath | Telephone conference AAA re arbitration proceeding without AAA affiliated arbitrator; telephone conferences Atty Park re same; draft letter Atty Cohen re AAA submission. | 1.0 | 170.00 | 170.00 |
| 11/08/01 | E. J. Heath | Receipt and review of letter Atty Cohen re AAA arbitration procedures; telephone conference Atty Park re same. | 0.3 | 170.00 | 51.00 |
| 11/09/01 | E. J. Heath | Attention to responding to letter Atty Cohen re designation of Atty Webber as arbitrator. | 0.7 | 170.00 | 119.00 |
| 11/12/01 | E. J. Heath | Receipt and review of letter Atty Park re designation of Attorney Webber as arbitrator. | 0.1 | 170.00 | 17.00 |
| 11/13/01 | E. J. Heath | Receipt and review letter Atty Cohen re designation of Atty Webber. | 0.1 | 170.00 | 17.00 |
| 11/14/01 | E. J. Heath | Telephone conference Atty Park re selection of arbitrator. | 0.2 | 170.00 | 34.00 |
| 11/20/01 | E. J. Heath | Receipt and review letter Atty Cohen re selection of arbitrator. | 0.1 | 170.00 | 17.00 |

# ROBINSON & COLE LLP

AMERICAN ENGINEERING  
MR RICHARD G BOUDREAULT PRES  
PO BOX 131  
GINOWAN CITY  
OKINAWA, JA 901-22

December 17, 2001  
R&C Invoice 47353258  
Page 2

File # 23055.0001  
AceQuip Arbitration Demand Construction

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/27/01 | E. J. Heath | Attention to correspondence Atty Cohen re selection of arbitrator. | 0.1 | 170.00 | 17.00 |

Fees for legal services..................................................................................... $787.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| E. J. Heath | 4.4 | 170.00 | 748.00 |
| Totals | 4.7 | 167.45 | $787.00 |

Costs and disbursements

ROBINSON & COLE LLP

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

AMERICAN ENGINEERING
MR RICHARD G BOUDREAULT PRES
PO BOX 131
GINOWAN CITY
OKINAWA, JA  901-22

November 9, 2001
R&C Invoice 47349650
Page 1

File # 23055.0001
AceQuip Arbitration Demand Construction

For services through October 31, 2001

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|

# ROBINSON & COLE LLP

AMERICAN ENGINEERING  
MR RICHARD G BOUDREAULT PRES  
PO BOX 131  
GINOWAN CITY  
OKINAWA, JA 901-22

November 9, 2001  
R&C Invoice 47349650  
Page 2

File # 23055.0001  
AceQuip Arbitration Demand Construction

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/01 | E. J. Heath | Attention to selection of arbitrators. | 0.3 | 170.00 | 51.00 |

# ROBINSON & COLE LLP

AMERICAN ENGINEERING  
MR RICHARD G BOUDREAULT PRES  
PO BOX 131  
GINOWAN CITY  
OKINAWA, JA 901-22

November 9, 2001  
R&C Invoice 47349650  
Page 3

File # 23055.0001  
AceQuip Arbitration Demand Construction

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/01 | C. J. Hug | Attention to arbitrator selection; telephone conference D. Park; review arbitrator resume. | 2.0 | 280.00 | 560.00 |
| 10/25/01 | E. J. Heath | Telephone conference Atty Park re selection of arbitrator; attention to selection of arbitrator; draft letter Atty Park re Second Circuit filings. | 1.1 | 170.00 | 187.00 |
| 10/29/01 | E. J. Heath | Draft letter Atty Cohen re rejection of Atty Fogarty as arbitrator; telephone conference Atty Royster re arbitration; telephone conference Atty Coulom re selection of Atty Yavis as arbitratioin candidate; draft letter Atty Park re arbitration candidates. | 0.4 | 170.00 | 68.00 |
| 10/29/01 | C. J. Hug | Analysis re arbitrator selection. | 0.3 | 280.00 | 84.00 |
| 10/30/01 | E. J. Heath | Telephone conference Atty Park re arbitration candiate; draft letter Atty Cohen re arbitration candidates. | 0.4 | 170.00 | 68.00 |

Fees for legal services.................................................................................................. 4,343.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Totals | 22.4 | 193.88 | $4,343.00 |

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

AMERICAN ENGINEERING  
MR RICHARD G BOUDREAULT PRES  
PO BOX 131  
GINOWAN CITY  
OKINAWA, JA  901-22

January 10, 2002  
R&C Invoice 47355103  
Page 1

File # 23055.0001  
AceQuip Arbitration Demand Construction

For services through December 31, 2001

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/01 | E. J. Heath | Telephone conference Atty Park re arbitration issues; telephone conference Attys Park and Cohen re ex parte communications with arbitrator and selection of third arbitrator; telephone conference Attys Park and Royster re same; draft letter Atty Royster re district court order; review AAA rules re ex parte communications with arbitrators. | 1.7 | 170.00 | 289.00 |
| 12/17/01 | E. J. Heath | Telephone conference Atty Royster re arbitrator selection issues. | 0.2 | 170.00 | 34.00 |

Fees for legal services.................................................................. $1,465.00

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

AMERICAN ENGINEERING
MR RICHARD G BOUDREAULT PRES
PO BOX 131
GINOWAN CITY
OKINAWA, JA 901-22

February 11, 2002
R&C Invoice 47359454
Page 1

File # 23055.0001
AceQuip Arbitration Demand Construction

For services through January 31, 2002

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/02 | E. J. Heath | Review correspondence Atty Park re settlement. | 0.1 | 180.00 | 18.00 |
| 01/09/02 | E. J. Heath | Telephone conference Atty Royster re Atty Fogarty's non-availability re selection of third arbitrator; attention to email correspondence Atty Park re same. | 0.4 | 180.00 | 72.00 |
| 01/10/02 | E. J. Heath | Review settlement letter Atty Cohen. | 0.1 | 180.00 | 18.00 |
| 01/28/02 | E. J. Heath | Telephone conference case status and settlement. | 0.2 | 180.00 | 36.00 |
| 01/29/02 | E. J. Heath | Telephone conference Attys Park and Cohen re settlement and mediation. | 0.5 | 180.00 | 90.00 |

Fees for legal services........................................................................... $234.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| E. J. Heath | 1.3 | 180.00 | 234.00 |
| Totals | 1.3 | 180.00 | $234.00 |

**Matter Summary for File 23055.0001**

AceQuip Arbitration Demand Construction

Fees for legal services         $234.00
**Total current billing for this Matter**         **$234.00**

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

AMERICAN ENGINEERING
MR RICHARD G BOUDREAULT PRES
PO BOX 131
GINOWAN CITY
OKINAWA JA 901-22

August 11, 2003
R&C Invoice 47421224
Page 1

File # 23055.0001
AceQuip Arbitration Demand Construction

For services through July 31, 2003

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/09/03 | E. J. Heath | Draft letter Atty Park re Court order re status report. | 0.2 | 190.00 | 38.00 |

Fees for legal services................................................................. $38.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| E. J. Heath | 0.2 | 190.00 | 38.00 |
| Totals | 0.2 | | $38.00 |

**Matter Summary for File 23055.0001**

AceQuip Arbitration Demand Construction

Fees for legal services                 $38.00

**Total current billing for this Matter**     $38.00

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

AMERICAN ENGINEERING  
MR RICHARD G BOUDREAULT PRES  
PO BOX 131  
GINOWAN CITY  
OKINAWA  JA  901-22

July 10, 2002  
R&C Invoice 47377546  
Page 1

File # 23055.0001  
AceQuip Arbitration Demand Construction

For services through June 30, 2002

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/02 | E. J. Heath | Telephone conference Atty Park re status; telephone conference Attys Park and Royster re status of arbitration. | 0.3 | 180.00 | 54.00 |

Fees for legal services.................................................................................................$81.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| E. J. Heath | 0.3 | 180.00 | 54.00 |
| Totals | 0.5 | | $81.00 |

**Matter Summary for File 23055.0001**

AceQuip Arbitration Demand Construction

Fees for legal services                                                  $81.00  
**Total current billing for this Matter**                                 **$81.00**

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

AMERICAN ENGINEERING
MR RICHARD G BOUDREAULT PRES
PO BOX 131
GINOWAN CITY
OKINAWA JA 901-22

October 3, 2003
R&C Invoice 47426029
Page 1

File # 23055.0001
AceQuip Arbitration Demand Construction

For services through September 30, 2003

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/03 | E. J. Heath | Review status report to Court; telephone conference Atty Park re status report; revise status report. | 0.7 | 190.00 | 133.00 |
| 09/05/03 | E. J. Heath | Attention to filing of status report. | 0.2 | 190.00 | 38.00 |
| 09/22/03 | E. J. Heath | Telephone conference Judge Dorsey's clerk re status report; draft e-mail correspondence Atty Park re same. | 0.3 | 190.00 | 57.00 |
| 09/23/03 | E. J. Heath | Attention to correspondence Court re status report. | 0.2 | 190.00 | 38.00 |

Fees for legal services..................................................................... $266.00

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| E. J. Heath | 1.4 | 190.00 | 266.00 |
| Totals | 1.4 | | $266.00 |

### Costs and disbursements

| 09/30/03 | Pro Courier Delivery Services | 99.90 |
|---|---|---|

Total costs and disbursements..................................................... $99.90

**Matter Summary for File 23055.0001**

AceQuip Arbitration Demand Construction

| Fees for legal services | $266.00 |
|---|---|
| Costs and disbursements | 99.90 |
| **Total current billing for this Matter** | **$365.90** |

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

AMERICAN ENGINEERING
MR RICHARD G BOUDREAULT PRES
PO BOX 131
GINOWAN CITY
OKINAWA JA 901-22

November 13, 2003
R&C Invoice 47429883
Page 1

File # 23055.0001
AceQuip Arbitration Demand Construction

For services through October 31, 2003

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/03 | E. J. Heath | Review status reports; review Court order re status reports; draft e-mail Atty Park re status reports and Court order. | 0.4 | 190.00 | 76.00 |
| 10/06/03 | E. J. Heath | Draft letter Atty Park re new District Court filing requirements. | 0.2 | 190.00 | 38.00 |
| 10/10/03 | E. J. Heath | Review motion for reconsideration, memorandum and affidavit; attention to responding to same; telephone conference Atty Park re same; revise opposition to same; revise affidavit Atty Heath in support of opposition. | 1.8 | 190.00 | 342.00 |
| 10/13/03 | E. J. Heath | Review and revise opposition to motion for reconsideration; attention to e-mail correspondence Atty Park re same. | 0.4 | 190.00 | 76.00 |
| 10/14/03 | E. J. Heath | Attention to filing motion for reconsideration; revise affidavit to Atty Heath; draft correspondence Court re same. | 0.6 | 190.00 | 114.00 |
| 10/24/03 | E. J. Heath | Telephone conference Atty Farnsworth re stipulation to open and dismiss; draft correspondence Atty Park re same; telephone conference Atty Park. | 0.8 | 190.00 | 152.00 |
| 10/27/03 | E. J. Heath | Review correspondence Atty Park re stipulation to open dismissal. | 0.1 | 190.00 | 19.00 |

Fees for legal services............................................................................................................ $817.00

# ROBINSON & COLE LLP

AMERICAN ENGINEERING  
MR RICHARD G BOUDREAULT PRES  
PO BOX 131  
GINOWAN CITY  
OKINAWA  JA  901-22

November 13, 2003  
R&C Invoice 47429883  
Page 2

File #  23055.0001  
AceQuip Arbitration Demand Construction

| Summary of fees | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| E. J. Heath | 4.3 | 190.00 | 817.00 |
| Totals | 4.3 | | $817.00 |

### Costs and disbursements

| | | |
|---|---|---|
| 10/31/03 | Messenger Services | 71.00 |
| 10/31/03 | Pro Courier Delivery Services | 66.60 |
| | Total costs and disbursements.............................................................. | $137.60 |

**Matter Summary for File 23055.0001**

AceQuip Arbitration Demand Construction

| | |
|---|---|
| Fees for legal services | $817.00 |
| Costs and disbursements | 137.60 |
| **Total current billing for this Matter** | **$954.60** |

# ROBINSON & COLE LLP

BOSTON • HARTFORD • STAMFORD • GREENWICH • NEW YORK

AMERICAN ENGINEERING
MR RICHARD G BOUDREAULT PRES
PO BOX 131
GINOWAN CITY
OKINAWA JA 901-22

December 4, 2003
R&C Invoice 47432646
Page 1

File # 23055.0001
AceQuip Arbitration Demand Construction

For services through November 30, 2003

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/03 | E. J. Heath | Attention to location of arbitrator candidates; draft e-mail correspondence Atty Park re same. | 0.4 | 190.00 | 76.00 |
| 11/14/03 | E. J. Heath | Attention to e-mail correspondence Atty Park re arbitrator; telephone conference Atty Park re same. | 0.4 | 190.00 | 76.00 |
| 11/18/03 | E. J. Heath | Review correspondence Atty Park re selection of arbitrator and status report. | 0.2 | 190.00 | 38.00 |
| 11/19/03 | E. J. Heath | Review plaintiff's Rule 41(a)(2) motion to dismiss; telephone conference Atty Park re motion to dismiss and appointment of arbitrator; office conference Atty Tobin re appointment of Robert Harris as arbitrator; review correspondence Atty Cohen re arbitration and motion to dismiss; review correspondence Atty Park re same. | 0.8 | 190.00 | 152.00 |
| 11/24/03 | E. J. Heath | Review correspondence Atty Park re status report. | 0.1 | 190.00 | 19.00 |
| 11/25/03 | E. J. Heath | Review status report; attention to e-mail correspondence Atty Park re status report and appointment of arbitrator; telephone conference Atty Narwold re appointment as arbitrator. | 0.6 | 190.00 | 114.00 |
| 11/26/03 | E. J. Heath | Review status report. | 0.2 | 190.00 | 38.00 |

Fees for legal services............................................................................................. $513.00