UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ACEQUIP LTD AND TRANSACT
INTERNATIONAL, INC,

  -vs-　　　　　　　　　　　　　　　　　　　　　　Civil No. 3:01CV676(PCD)

AMERICAN ENG CORP

## JUDGMENT

This action came on for consideration on the plaintiffs' motion to dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, before the Honorable Peter C. Dorsey, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 19, 2003, a Ruling on Plaintiffs' Motion to Dismiss Without Prejudice and Without Costs entered, granting the relief.

It is therefore ORDERED and ADJUDGED that the case is dismissed without prejudice and without costs, and the case is closed.

Dated at New Haven, Connecticut, this 23rd day of December, 2003.

KEVIN F. ROWE, CLERK

By

     /s/
Melissa Ruocco
Deputy Clerk

EOD: _____